FILED
NOV - 1 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 1:22CR165SNLJ-ACL |
| ) | |
| vs. ) | Case No. |
| ) | |
| EDWARD HARDIN, and ) | Title 18 U.S.C. ' 922(o) |
| SIDNEY BRIANNE SCOWDEN, ) | Title 18 U.S.C. § 371 |
| ) | |
| Defendants. ) | |

# INDICTMENT

## COUNT I

**THE GRAND JURY CHARGES THAT:**

Beginning at a time unknown to the Grand Jury but including on or about August 3, 2022, and thereafter to and including, on or about October 19, 2022, in Stoddard County, in the Southeastern Division of the Eastern District of Missouri and elsewhere, **Edward Hardin** and **Sidney Brianne Scowden**, the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree together to transfer machineguns, namely "lightning Links", which are a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 371 and 922(o), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 11, 2022 in Cape Girardeau County, Missouri, within the Southeastern Division of the Eastern District of Missouri, **Sidney Brianne Scowden**, the

defendant herein, knowingly and unlawfully transferred machineguns, namely one or more "Lightning Links", which is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT III

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 19, 2022 in Stoddard County, Missouri, within the Southeastern Division of the Eastern District of Missouri, **Sidney Brianne Scowden**, the defendant herein, knowingly and unlawfully transferred machineguns, namely one or more "Lightning Links", which is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o), and punishable under Title 18, United States Code, Section 924(a)(2).

## COUNT IV

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 19, 2022 in Stoddard County, Missouri, within the Southeastern Division of the Eastern District of Missouri, **Sidney Brianne Scowden**, the defendant herein, knowingly and unlawfully transferred a machinegun, namely a "Lightning Link", which is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Section 922(o), and punishable under Title 18, United States Code, Section 924(a)(2).

## **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and

Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
Foreperson

SAYLER A. FLEMING
United States Attorney

_____
Tim J. Willis, # 62428MO
Assistant United States Attorney